UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-053

No. 22-1519

SEAN GUILDAY,
        Appellant

v.

CRISIS CENTER AT CROZER-CHESTER MEDICAL CENTER; ET AL

(E.D. Pa. No. 2-21-CV-02010)

Present: CHAGARES, Chief Judge, McKEE[*], AMBRO, JORDAN, HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, and PHIPPS, Circuit Judges

    Petition by Appellant for En Banc Determination.

                                        Respectfully,
                                        Clerk/kr

_____ORDER_____

The petition for initial hearing en banc rehearing filed by Appellant the above-entitled case having been submitted to all available circuit judges of the circuit in regular active service, and a majority of the judges of the circuit in active service not having voted for initial hearing en banc, the petition is DENIED.

                                        By the Court,

                                        s/ Michael A. Chagares
                                        Chief Judge

Dated: October 28, 2022
KR/JK/cc:    Sean Guilday
                All Counsel of Record

---

[*] Judge McKee assumed senior status on October 21, 2022, after this petition was submitted.